# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

WIELMER OSWALD SIERRA,

                        Plaintiff,

-against-                                    21 **CIVIL** 7930 (CS)

## **JUDGMENT**

JOHN J. LAGUMINA and THE LAGUMINA
LAW FIRM PLLC,

                        Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 9, 2022, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      December 9, 2022

                                                         **RUBY J. KRAJICK**

                                                         _____

                                                           **Clerk of Court**

                          **BY:**        *K. Mango*

                                                          _____

                                                           **Deputy Clerk**